**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Velda J Brunner

Debtor

Chapter 13 No.    14-36268

Judge    Deborah L. Thorne

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on 03/07/2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on 03/07/2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1342

**SERVICE LIST**

Velda J Brunner
325 N. Lotus
Chicago, IL 60644

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Lia Kasios
Ledford Wu and Borges
105 W. Madison St., 23rd Street
Chicago, IL 60602